

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Joshua Carmel*
*Assistant United States Attorney*

*402 East State Street*          *Main: (609) 989-2190*
*Room 430*                       *Direct: (973) 902-5441*
*Trenton, NJ 08608*              *joshua.carmel@usdoj.gov*

July 9, 2026

**<u>Via Electronic Filing</u>**
Hon. Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re: *Kumar v. Soto, et al.,* **No. 26-cv-05602 (RK)**
      **Petitioner's Bond Hearing Before an Immigration Judge**

Dear Judge Kirsch:

  This Office represents Respondents in the above-captioned habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement. In accordance with the Court's July 2, 2026, Text Order (ECF No. 4), Petitioner appeared for a bond hearing today, July 9, 2026, before the Elizabeth Immigration Court. Ultimately, the Immigration Court denied bond, finding that he presents a "flight risk." *See* Ex. 1 at 1 (July 9, 2026, Order of the Immigration Judge). Accordingly, Respondents respectfully request that the Court (i) dismiss the Petition (ECF No. 1), (ii) lift the stay prohibiting Petitioner's transfer (ECF No. 4), and (iii) close this matter.

  We thank the Court for its consideration of this matter.

Hon. Robert Kirsch, U.S.D.J.
July 9, 2026
Page 2

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY

*s/ Joshua Carmel*

By:   JOSHUA CARMEL
Assistant United States Attorney
*Attorneys for Respondents*

cc:   All counsel of record (*via ECF*)

Encl.

So Ordered this 13th day of July, 2026.

_____
Robert Kirsch, U.S.D.J.